**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No.: 2:18-cr-00144-JAD-EJY-3 |
|---|---|
| Plaintiff/Respondent | |
| v. | **Order Directing Response to § 2255 Motion and Setting Briefing Schedule** |
| Phillip Shiel, | |
| Defendant/Petitioner | |

Defendant Phillip Shiel filed a 28 U.S.C. § 2255 motion, arguing that the United States Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019), renders his conviction and sentence invalid.[1]  A response from the government appears warranted.

IT IS THEREFORE ORDERED that **the government must file a response to Shiel's motion [ECF No. 242] by October 1, 2020.  Shiel will then have 30 days from service of that response to file a reply.**

Dated: September 1, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---
[1] ECF No. 242.