UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff;<br><br>vs.<br><br>PHILLIP SHIEL,<br><br>　　　　Defendants. | CASE NO.:   2:18-cr-00144-JAD-EGY<br><br>**ORDER**<br><br>ECF No. 257 |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Motion to Vacate Sentence (2255) shall be due on October 15, 2020.

DATED: 10/15/2020

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Page **3** of **3**