**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff;<br><br>　vs.<br><br>PHILLIP SHIEL<br><br>　　　　　Defendant. | CASE NO.:   2:18-CR-00144-JAD-EJY<br><br>**ORDER**<br>　　ECF No. 264 |

Based on the stipulation of the parties and for good cause, Petitioner/Defendant Phillip Shiel is GRANTED leave to file his Reply on October 16, 2020.

DATED: 10/16/2020

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL – (702) 463.9074