# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

              Plaintiff,

v.

Phillip Shiel,

              Defendant.

JUDGMENT

Case Number: 2:18-cr-00144-JAD-EJY

(Related case: 2:20-cv-01354-JAD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Phillip Shiel's motion to vacate his § 924(c) conviction under § 2255 is denied. A certificate of appealability is denied.

| 1/22/2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |